[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 21, 2007
THOMAS K. KAHN
CLERK

No. 06-14473
Non-Argument Calendar

_____

D. C. Docket No. 06-00011-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK D. EMMONS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 21, 2007)**

Before EDMONDSON, Chief Judge, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert Calvin Rivers, appointed counsel for Mark D. Emmons on this direct

criminal appeal, has filed a motion to withdraw supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of this appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Emmons's conviction and sentence are **AFFIRMED**.